## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **VERONICA COLLINS** | * | **CIVIL ACTION** |
| **Plaintiff,** | * | |
| | * | |
| **VERSUS** | * | **NO. 3:12-cv-00806** |
| | * | |
| **CIRCLE K STORES INC., CHARLESETTA** | * | |
| **DAVIS, TERRY BUCKHALTER, KENNY** | * | **Judge Shelly D. Dick** |
| **WASHINGTON and XYZ INSURANCE** | * | |
| **COMPANY** | * | |
| **Defendants** | * | **Magistrate Judge Unassigned** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### PLAINTIFF'S SUPPLEMENTAL AND AMENDED PETITION

NOW INTO COURT, through undersigned counsel, comes Plaintiff, VERONICA

COLLINS, a resident of the age of majority of the Parish of East Baton Rouge, appearing herein

individually, who respectfully represents:

1.

Made Defendants herein are:

A.  CIRCLE K STORES, INC. (hereinafter referred to as "CIRCLE K"), a
Dallas Corporation doing business in the state of Louisiana who may be
served through their registered agent for service of process, Corporation
Service Company, 320 Somerulos Street, Baton Rouge, Louisiana 70802-
6129;

B.  CHARLESETTA DAVIS, on information and belief a person of the full
age of majority of the Parish of East Baton Rouge, Louisiana, Market
Manager for area 1933, at all times herein acting as an employee,
supervisor and/or agent of the Defendant CIRCLE K;

C.  TERRY BUCKHALTER, on information and belief a person of the full
age of majority of the Parish of East Baton Rouge, Louisiana, store
manager of CIRCLE K, store number 8064, at all times herein acting as an
employee, supervisor and/or agent of the Defendant CIRCLE K;

- 1 -



D.    KENNY WASHINGTON, on information and belief a person of the full age of majority of the Parish of East Baton Rouge, Louisiana, an employee and/or agent of CIRCLE K, at all times herein acting in his individual capacity and his official capacity as an employee and/or agent of the defendant CIRCLE K; and

E.    XYZ INSURANCE COMPANY, an insurance company authorized to do and doing business in the State of Louisiana in its capacity as liability insurer of CIRCLE K.

2.

Plaintiff, VERONICA COLLINS, is a female of the full age of majority residing in East Baton Rouge Parish, State of Louisiana.

3.

This petition is being brought pursuant to Title VII of the Civil Rights Act of 1964, as amended, and the Louisiana Employment Discrimination Law, whereby the Plaintiff, VERONICA COLLINS, alleges that she has been discriminated against because of filing complaints of sexual harassment and/or sexual assault she suffered at the hands of another Circle K employee, Kenny Washington.

4.

At all times pertinent hereto, Plaintiff was employed directly by CIRCLE K as lead cashier.

5.

On or about March of 2011, Plaintiff was working in the CIRCLE K store, number 8064, located at 4323 Burbank Drive, Baton Rouge, Louisiana, when defendant KENNY WASHINGTON, an employee of the defendant CIRCLE K, entered the store to perform

maintenance inside the store. At that time he followed Plaintiff into the office and grabbed her buttocks several times after Plaintiff told him to stop.

6.

Plaintiff reported the incident to defendant CHARLESETTA DAVIS, and Plaintiff was instructed to write a statement regarding the incident. Plaintiff was then told that defendant KENNY WASHINGTON would not be sent back to that store.

7.

Plaintiff sought counseling for the incident that occurred in March of 2011.

8.

On or about April 19, 2012, Defendant KENNY WASHINGTON entered the store again, in order to conduct maintenance and to bring supplies into the store, causing Plaintiff severe anxiety. Plaintiff reported this incident to TERRY BUCKHALTER, the store manager, who informed Plaintiff that KENNY WASHINGTON would not be sent back to that store location.

9.

On or about May 1, 2012, Defendant KENNY WASHINGTON again entered the store to remove a cooler from the store. Plaintiff again contacted TERRY BUCKHALTER regarding her anxiety having KENNY WASHINGTON in the store. Plaintiff then reported the incident to the Human Resources department of CIRCLE K. Human Resources apologized and said they would report the incident to CHARLESETTA DAVIS.

10.

Plaintiff reported the incidents to EEOC, and thereafter, Plaintiff was subjected to further discrimination in the form of retaliation, by having her work hours decreased and issuing

Counseling Notices to the Plaintiff for reasons that were previously never issues with management.

11.

That because of the acts and conduct of all defendants, individually and/or in solido were reckless, wanton and in utter disregard of the Plaintiff's rights as protected under Title VII of the Civil Rights Act of 1964 and/or the Louisiana Employment Discrimination Law, Plaintiff is entitled to and hereby demands punitive damages.

12.

Notice of the Plaintiff's claims was given to the defendants.  Plaintiff, VERONICA COLLINS, filed a complaint with EEOC.

13.

In addition, Plaintiff has had to hire an attorney in order to litigate this matter for her, and under Title VII of the Civil Rights Act of 1964 and/or the Louisiana Employment Discrimination Law, she is entitled to an award of attorney's fees in an amount to be set by this Honorable Court.

13(a).

Despite knowledge of the complaint of sexual harassment and/or the sexual assault, Defendant Circle K continued to allow Defendant Kenny Washington to return to the store of Plaintiff's employment several times, despite having previously agreed with Plaintiff to prohibit the return of Defendant Washington to her store of employment.  Said actions of Defendant Circle K created a hostile work environment and caused the Plaintiff to suffer extreme emotional distress.

14.

Plaintiff's damages are as follows, including but not limited to:

A.      Unspecified compensatory and punitive damages;

B.      Injunctive and declaratory relief; and

C.      Reasonable attorney's fees and costs.

**WHEREFORE**, Plaintiff VERONICA COLLINS, prays that after due proceedings are had, there be Judgment in her favor and against the defendants, CIRCLE K, CHARLESETTA DAVIS, TERRY BUCKHALTER, KENNY WASHINGTON and XYZ INSURANCE COMPANY, individually and/or in solido for all such amounts that are reasonable in the premises, for punitive damages, for attorney's fees, for costs, and for interest on all amounts thereon, due from the date of judicial demand until paid; and for all other just and equitable relief.

Respectfully submitted:

**ROZAS & ROZAS LAW FIRM, LLC**

/s/ Matthew J. Davis
Matthew J. Davis, Bar Roll No. 34508
Greg A. Rozas, Bar Roll No. 25228
758 Royal Street
Baton Rouge, Louisiana 70802
Telephone #: (225) 343-0010
Facsimile #: (225) 343-5018

**SERVICE INFORMATION:**

1.      CIRCLE K STORES, INC.
        through their registered agent for service of process:
        Corporation Service Company
        320 Somerulos Street
        Baton Rouge, Louisiana 70802-6129;

- 5 -

2.    CHARLESETTA DAVIS
      8360 Sharon Hills Blvd.
      Baton Rouge, LA  70811

3.    TERRY BUCKHALTER
      4724 Convention Street
      Baton Rouge, LA  70806

4.    KENNY WASHINGTON – HOLD SERVICE AT THIS TIME