# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

VERONICA COLLINS                          CIVIL ACTION

VERSUS                                    NO. 12-806-SDD-RLB

CIRCLE K STORES, INC.,
CHARLESETTA DAVIS,
TERRY BUCKHALTER,
KENNY WASHINGTON, AND
XYZ INSURANCE COMPANY

## RULING GRANTING PARTIAL DISMISSAL

This matter is before the Court on the *Motion to Dismiss Plaintiff's Claims Against Individual Defendants, Charlesetta Davis and Terry Buckhalter*[1] filed by Defendants, Circle K Stores, Inc., Charlesetta Davis, and Terry Buckhalter.  The Defendants contend that the laws governing Plaintiff's claims in this action, specifically Title VII of the Civil Rights Act of 1964, 42 U.S.C. §2000e, *et seq.* and the Louisiana Employment Discrimination Law, La. R.S. 23:301, *et seq.*, do not provide for recovery against individually named supervisors such as Charlesetta Davis and Terry Buckhalter.  Plaintiff, Veronica Collins, filed a *Response*[2] to this motion stating that she has no opposition to the dismissal with prejudice of the individual Defendants, Charlesetta Davis and Terry Buckhalter.

The Court finds that the Defendants' argument is correct as a matter of law and, without

---

[1] Rec. Doc. No. 23.

[2] Rec. Doc. No. 25.

Doc 160                              1

opposition from the Plaintiff, Defendants' motion is GRANTED.  Thus, Defendants, Charlesetta

Davis and Terry Buckhalter, are dismissed from this case with prejudice.

**IT IS SO ORDERED.**

BATON ROUGE, Louisiana, this _18_ day of July, 2013.

*Shelly Dick*
_____
**SHELLY D. DICK, DISTRICT JUDGE**
**MIDDLE DISTRICT OF LOUISIANA**

Doc 160                            2