UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| VERONICA COLLINS | |
| | CIVIL ACTION |
| VERSUS | |
| | NO. 12-806-SDD-RLB |
| CIRCLE K STORES, INC., ET A. | |

### ORDER OF DISMISSAL

The Court having been advised by counsel that the above action has been settled,

**IT IS ORDERED** that this action is hereby DISMISSED without prejudice to the right, upon good cause shown within sixty (60) days, to reopen the action if the settlement is not consummated.

**IT IS FURTHER ORDERED** that all pending motions are dismissed without prejudice as moot.

Baton Rouge, Louisiana, September 25, 2013.

*Shelly D. Dick*
SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

# Ogletree Deakins

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

*Attorneys at Law*

701 Poydras Street, Suite 3500
New Orleans, LA 70139
Telephone: 504.648.3840
Facsimile: 504.648.3859
www.ogletreedeakins.com

Elvige Cassard
504.648.3858
elvige.cassard@ogletreedeakins.com

June 25, 2013

**Via Facsimile (225) 389-3641**
Honorable Shelly D. Dick, Judge
U.S. District Court, Middle District of Louisiana
777 Florida Street, Suite 301
Baton Rouge, LA 70801

RE: *Veronica Collins v. Circle K Stores, Inc., et al.*
U.S. District Court, Middle District of Louisiana, C.A. No. 3:12-cv-00806

Dear Judge Dick:

Pursuant to my conversation with the Court's staff, please allow this letter to inform the Court that the parties have agreed upon a compromise of the claims in this case, and respectfully request that a 60-day Order of Dismissal be issued at this time.

If you have any questions with regard to the foregoing, please do not hesitate to contact me. Thank you for your assistance in this matter.

Sincerely,

Elvige Cassard

EC/azs
cc:  Greg A. Rozas, Esq. (Via Facsimile: 225-343-5018)
     Matthew Davis, Esq. (Via Facsimile: 225-343-5018)

16049714.1

Atlanta • Austin • Berlin (Germany) • Birmingham • Boston • Charleston • Charlotte • Chicago • Cleveland • Columbia • Dallas • Denver
Detroit Metro • Greenville • Houston • Indianapolis • Jackson • Kansas City • Las Vegas • Los Angeles • Memphis
Miami • Minneapolis • Morristown • Nashville • New Orleans • New York City • Orange County • Philadelphia • Phoenix • Pittsburgh
Portland • Raleigh • St. Louis • St. Thomas • San Antonio • San Diego • San Francisco • Stamford • Tampa • Torrance • Tucson • Washington